Gerardo **HERNANDEZ–CASTANEDA,**
Petitioner,

v.

John **ASHCROFT, Attorney General, Respondent.**

No. 01–71372.
INS No. A76–705–129.

United States Court of Appeals,
Ninth Circuit.

Submitted July 22, 2002.*

Decided July 31, 2002.

Before BROWNING, KOZINSKI, and BERZON, Circuit Judges.

MEMORANDUM **

Gerardo Hernandez–Castaneda, a native and citizen of Mexico, petitions for review of a Board of Immigration Appeals' ("BIA") decision upholding an immigration judge's denial of his motion to terminate removal proceedings because he should

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

have a right, pursuant to international human rights law, to live and work wherever he chooses. We have jurisdiction under 8 U.S.C. § 1252(a), and deny the petition for review.

The BIA properly upheld denial of Hernandez–Casteneda's motion to terminate removal proceedings because "[i]n enacting statutes, Congress is not bound by international law; if it chooses to do so, it may legislate contrary to the limits posed by international law." *See Alvarez–Mendez v. Stock,* 941 F.2d 956, 963 (9th Cir. 1991) (quotation and citation omitted).

PETITION FOR REVIEW DENIED.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.